Steven E. Bizar (Admitted *Pro Hac Vice)*
Meredith Myers LeConey (ML-3896)
BUCHANAN INGERSOLL & ROONEY PC
1835 Market Street, 14th Floor
Philadelphia, PA 19103
Tel:  (215) 665-8700

P. Kevin Brobson (PB-8169)
BUCHANAN INGERSOLL & ROONEY PC
213 Market Street, 3rd Floor
Harrisburg, PA  17101
Tel:  (717) 237-4845
*Attorneys for Defendants Composites One LLC
and  Cook Composites & Polymers Co.*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIKING YACHT COMPANY, | : | |
| a New Jersey Corporation and | : | CIVIL ACTION NO. 05-538 |
| POST MARINE CO., INC, a | : | (JEI/JS) |
| New Jersey Corporation, | : | |
| | : | Hon. Joseph E. Irenas |
| Plaintiffs, | : | |
| v. | : | |
| | : | |
| COMPOSITES ONE LLC, a Foreign | : | *Document Electronically Filed* |
| Limited Liability Co., and | : | |
| COOK COMPOSITES AND | : | |
| POLYMERS, a Missouri Corporation, | : | **CERTIFICATION OF** |
| | : | **MEREDITH M. LECONEY** |
| Defendants. | : | |

I, Meredith Myers LeConey, of full age, hereby certify:

I am an attorney-at-law of the State of New Jersey and an associate with the law firm of Buchanan Ingersoll & Rooney PC, attorneys for defendants Cook Composites and Polymers Co. ("CCP") and Composites One LLC ("C-1") (collectively, "Defendants"). I am fully familiar with the matters set forth herein. I make this Certification in support of Defendants' Motion for Summary Judgment, which is being filed contemporaneously herewith.

1)      Attached hereto as Exhibit "1" is a true and correct copy of excerpts from the September 14, 2006 deposition transcript of Juan Beltran of Viking Yacht Co.

2)      Attached hereto as Exhibit "2" is a true and correct copy of excerpts from the September 15, 2006 deposition transcript of Patrick Healey of Viking Yacht Co.

3)      Attached hereto as Exhibit "3" is a true and correct copy of excerpts from the September 27 and 28, 2006 deposition transcripts of William Heller of Viking Yacht Co.

4)      Attached hereto as Exhibit "4" is a true and correct copy of excerpts from the November 28, 2006 deposition transcript of Richard Lockwood of Viking Yacht Co.

5)      Attached hereto as Exhibit "5" is a true and correct copy of excerpts from the September 12, 2006 deposition transcript of John Kasinski, Jr. of Viking Yacht Co.

6)      Attached hereto as Exhibit "6" is a true and correct copy of excerpts from the September 14, 2006 deposition transcript of Lonni Rutt of Viking Yacht Co.

7)      Attached hereto as Exhibit "7" is a true and correct copy of excerpts from the September 13, 2006 deposition transcript of John Michael Samuels, III of Viking Yacht Co.

8)      Attached hereto as Exhibit "8" is a true and correct copy of excerpts from the October 3 and October 4, 2006 deposition transcripts of Kenneth Jensen of Post Marine Co., Inc.

9)      Attached hereto as Exhibit "9" is a true and correct copy of excerpts from the October 6, 2006 deposition transcript of Cortez Marks of Post Marine Co., Inc.

10)     Attached hereto as Exhibit "10" is a true and correct copy of excerpts from the October 5, 2006 deposition transcript of Joseph Martorana of Post Marine Co., Inc.

11)     Attached hereto as Exhibit "11" is a true and correct copy of excerpts from the October 3, 2006 deposition transcript of William Schell of Post Marine Co., Inc.

12)     Attached hereto as Exhibit "12" is a true and correct copy of excerpts from the October 26, 2006 deposition transcript of Mark Hollenbeck of CCP.

13)     Attached hereto as Exhibit "13" is a true and correct copy of excerpts from the October 24, 2006 deposition transcript of Scott Kaphingst of CCP.

14)     Attached hereto as Exhibit "14" is a true and correct copy of excerpts from the October 10, 2006 deposition transcript of Andrew J. Flad of C-1.

15)     Attached hereto as Exhibit "15" is a true and correct copy of excerpts from the December 1, 2006 deposition transcript of Tony Smith of Performance Cruising, Inc.

16)     Attached hereto as Exhibit "16" is a true and correct copy of excerpts from the October 31, 2006 deposition transcript of Edward Malle of Genmar Corporation.

17)     Attached hereto as Exhibit "17" is a true and correct copy of excerpts of Viking Yacht Co.'s Answers to C-1's First Interrogatories.

18)     Attached hereto as Exhibit "18" is a true and correct copy of Viking Yacht Co.'s Second (*sic*) Supplemental Answers to C-1's First Interrogatories.

19)     Attached hereto as Exhibit "19" is a true and correct copy of Viking Yacht Co.'s Third (*sic*) Supplemental Answers to C-1's First Interrogatories.

20)     Attached hereto as Exhibit "20" are true and correct copies of Order Confirmations from C-1 to Viking Yacht Co.

21)     Attached hereto as Exhibit "21" is a true and correct copy of excerpts of Post Marine Co., Inc.'s Answers to First Set of Interrogatories of C-1.

22)     Attached hereto as Exhibit "22" is a true and correct copy of an Order Confirmation from C-1 to Post Marine Co., Inc.

23)     Attached hereto as Exhibit "23" is a true and correct copy of an e-mail from Tony Poole dated February 19, 2001 regarding "Viking Yacht Visit."

24)     Attached hereto as Exhibit "24" is a true and correct copy of Post Marine Co., Inc.'s Second (*sic*) Supplemental Answers to C-1's First Set of Interrogatories.

25)     Attached hereto as Exhibit "25" is a true and correct copy of Post Marine Co., Inc.'s Supplemental Answers to C-1's First Set of Interrogatories.

26)     Attached hereto as Exhibit "26" is a true and correct copy of C-1's Terms and Conditions of Sale.

27)     Attached hereto as Exhibit "27" is a true and correct copy of excerpts of Viking Yacht Co.'s Responses to Defendants' First Set of Requests for Admission and Related Interrogatory to Plaintiff Viking Yacht Co.

28)     Attached hereto as Exhibit "28" is a true and correct copy of excerpts of Post Marine Co., Inc.'s Responses to Defendants' First Set of Requests for Admission and Related Interrogatory to Plaintiff Post Marine Co., Inc.

29)     Attached hereto as Exhibit "29" is a true and correct copy of excerpts of Post Marine Co., Inc.'s Responses to Defendants' Second Set of Requests for Admission and Related Interrogatory to Plaintiff Post Marine Co., Inc.

30)     Attached hereto as Exhibit "30" is a true and correct copy of excerpts of Post Marine Co., Inc.'s Responses to Defendants' Third Set of Requests for Admission and Related Interrogatory to Plaintiff Post Marine Co., Inc.

31)     Attached hereto as Exhibit "31" is a true and correct copy of a February 8, 2006 letter from Michel Ociacovski Weisz, Esquire to Meredith Myers LeConey, Esquire.

32)     Attached hereto as Exhibit "32" is a true and correct copy of Viking Yacht Co.'s One Year Limited Warranty.

33)     Attached hereto as Exhibit "33" is a true and correct copy of a Liquid Properties Data Sheet.

34)     Attached hereto as Exhibit "34" is a true and correct copy of a Product Warranty Statement of CCP.

35)     Attached hereto as Exhibit "35" is a true and correct copy of a Packing List from CCP to Viking Yacht Co. dated February 9, 1996.

36)     Attached hereto as Exhibit "36" is a true and correct copy of a Packing List from CCP to Viking Yacht Co. dated August 21, 1998.

37)     Attached hereto as Exhibit "37" is a true and correct copy of a Packing List from CCP to Viking Yacht Co. dated July 26, 2000.

38)     Attached hereto as Exhibit "38" is a true and correct copy of a Packing List from CCP to Viking Yacht Co. dated October 8, 1998.

39)     Attached hereto as Exhibit "39" is a true and correct copy of a Packing List from CCP to Viking Yacht Co. dated August 21, 1998.

40)     Attached hereto as Exhibit "40" is a true and correct copy of 953 Series gel coat product label.

41)     Attached hereto as Exhibit "41" is a true and correct copy of 953 Series gel coat product label.

42)     Attached hereto as Exhibit "42" is a true and correct copy of a Material Safety Data Sheet from CCP to Viking Yacht Co. for 953WA411 gel coat issued February 19, 1997.

43)     Attached hereto as Exhibit "43" is a true and correct copy of a Material Safety Data Sheet from CCP for 953WA411 gel coat issued October 6, 1998.

44)     Attached hereto as Exhibit "44" is a true and correct copy of a Material Safety Data Sheet from CCP for 953WJ458 gel coat issued April 14, 1998.

45)     Attached hereto as Exhibit "45" is a true and correct copy of a Material Safety Data Sheet from CCP for 953WA411 gel coat issued October 10, 2001.

46)     Attached hereto as Exhibit "46" is a true and correct copy of a March 3, 2003 letter from Bill Rudersdorf of Composites One LLC to Linda Porcelli of Viking Yacht Co. transmitting a Material Safety Data Sheet from CCP for 953WJ737 gel coat issued March 5, 2001.

47)     Attached hereto as Exhibit "47" is a true and correct copy of excerpts from CCP's 7th Ed. Polycor® Polyester Products Applications Manual.

48)     Attached hereto as Exhibit "48" is a true and correct copy of excerpts from CCP's 8th Ed. Polyester Products Applications Manual.

49)     Attached hereto as Exhibit "49" are true and correct copies of excerpts from the November 22, 2006 deposition of Mary Dawdy of CCP.

50)     Attached hereto as Exhibit "50" is a true and correct copy of CCP product literature titled PB-58 Armorflex High Gloss Buffback® High Performance Flexible Gel Coats (953 Series).

51)     Attached hereto as Exhibit "51" is a true and correct copy of CCP product literature titled DS-53 Armorflex® High Gloss Buffback® High Performance Flexible Gel Coats 953 Series.

52)     Attached hereto as Exhibit "52" is a true and correct copy of CCP product literature CCP Gel Coats and Enamels.

53)     Attached hereto as Exhibit "53" is a true and correct copy of a May 8, 1997 letter from Anthony J. Poole, Sr. of RP Associates to Joseph Martorana of Post Marine Co., Inc.

54)     Attached hereto as Exhibit "54" is an August 9, 1999 letter from Bill Rudersdorf of Composites One LLC to Post Marine Co., Inc. enclosing a Material Safety Data Sheet for 953WA411.

55)     Attached hereto as Exhibit "55" is a true and correct copy of a December 6, 2002 letter from Bill Rudersdorf of Composites One LLC to Post Marine Co., Inc. enclosing a Material Safety Data Sheet for 953WA411.

56)     Attached hereto as Exhibit "56" is a true and correct copy of a Material Safety Data Sheet for 953WA411 issued on August 21, 1997.

57)     Attached here to as Exhibit "57" is a Material Safety Data Sheet for 953WA411 issued on October 10, 2001.

58)     Attached hereto as Exhibit "58" is a true and correct copy of Post's 42 One Year Limited Warranty.

59)     Attached hereto as Exhibit "59" is a true and correct copy of Post's 47 One Year Limited Warranty.

60)     Attached hereto as Exhibit "60" is a true and correct copy of Post's 50 One Year Limited Warranty.

61)     Attached hereto as Exhibit "61" is a true and correct copy of Post's 56 One Year Limited Warranty.

62)     Attached hereto as Exhibit "62" is a true and correct copy of an e-mail from string between Composites One LLC and Interplastic Corporation from March 29 -30, 2006 regarding "Interplastic Corporation Terms and Conditions."

63)     Attached hereto as Exhibit "63" is a true and correct copy of an invoice for 952 Series gel coat from RP Associates to Post Marine Co., Inc.

64)     Attached hereto as Exhibit "64" is a true and correct copy of a Purchase Order for 952 Series gel coat from Post Marine Co., Inc. to RP Associates.

65)     Attached hereto as Exhibit "65" is a true and correct copy of an invoice for 952 Series and 953 Series gel coat from RP Associates to Post Marine Co., Inc.

66)     Attached hereto as Exhibit "66" are true and correct copies of Purchase Orders for 953 Series gel coat from Post Marine Co., Inc. to RP Associates.

67)     Attached hereto as Exhibit "67" is a true and correct copy of the Declaration of Andrew J. Flad of C-1.

68)     Attached hereto as Exhibit "68" is a true and correct copy of the Declaration of D. Corbett Leach of CCP.

69)     Attached hereto as Exhibit "69" are true and correct copies of invoices for the sale of Post boat numbers 47-011 and 56-003.

70)     Attached hereto as Exhibit "70" is a true and correct copy of the Declaration of Tony Smith of Performance Cruising.

71)     Attached hereto as Exhibit "71" is a true and correct copy of a March 31, 2006 e-mails with attachment from Denise Carbone at C-1 to Andy Flad at C-1 regarding "Valspar T&C in Quote Template – New Format."

72)     Attached hereto as Exhibit "72" is a true and correct copy of an excerpt from the original Complaint of Post Marine Co., Inc. in this matter.

73)     Attached hereto as Exhibit "73" is a true and correct copy of the First Amended Complaint of Post Marine Co., Inc. and Viking Yacht Co., Inc. in this matter.

74)     Attached hereto as Exhibit "74" are true and correct copies of invoices from RP Associates to Post Marine Co., Inc.

75)     Attached hereto as Exhibit "75" are true and correct copies of invoices from Composites One to Post Marine Co., Inc.

76)     Attached hereto as Exhibit "76" are true and correct copies of invoices from Composites One to Post Marine Co., Inc.

77)     Attached hereto as Exhibit "77" are true and correct copies of Packing Slips from Composites One to Post Marine Co., Inc.

78)     Attached hereto as Exhibit "78" are true and correct copies of Purchasing Department Worksheets and a Purchase Order from Viking Yacht Co. to RP Associates and C-1.

79)     Attached hereto as Exhibit "79" is a true and correct copy of an invoice from RP Associates to Viking.

80)     Attached hereto as Exhibit "80" is a true and correct copy of an invoice from C-1 to Viking.

81)     Attached hereto as Exhibit "81" is a true and correct copy of an invoice from C-1 to Viking.

82)     Attached hereto as Exhibit "82" is a true and correct copy of an invoice from C-1 to Viking.

83)     Attached hereto as Exhibit "83" is a true and correct copy of C-1's Standard Terms and Conditions of Sale.

84)     Attached hereto as Exhibit "84" is a true and correct copy of CCP's PB-58 Armorflex™ High Gloss Buffback® High Performance Flexible Gel Coats (953 Series).

85)     Attached hereto as Exhibit "85" is a true and correct copy of an April 26, 1999 letter, with attachments, from Mark Hollenbeck of CCP to Bill Heller of Viking Yacht Co.

86)     Attached hereto as Exhibit "86" are true and correct copies of Purchase Orders from Post Marine to RP Associates and C-1.


Respectfully submitted,


/s/ Meredith Myers LeConey
Meredith Myers LeConey (ML-3896)

13