Michel Ociacovski Weisz, Esquire
(Admitted *Pro Hac Vice*)
Segredo & Weisz
9350 South Dixie Highway, Suite 1500
Miami, Florida 33156
Telephone: (305) 670-3820

Henry J. Tyler, Esquire
Society Hill Office Park
1874 Route 70 East, Suite 4
Cherry Hill, NJ 08003
Telephone: (856) 751-2282
*Attorneys for Plaintiffs Viking Yacht Company and Post Marine Co., Inc.*

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIKING YACHT COMPANY, a New Jersey Corporation and POST MARINE CO., INC., a New Jersey Corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> COMPOSITES ONE LLC, a Foreign Limited Liability Company, CURRAN COMPOSITES, INC., a Missouri Corporation, C TWO LLC a foreign Limited Liability Company, and TOTAL COMPOSITES, INC., a Delaware Corporation joint d/b/a COOK COMPOSITES AND POLYMERS, a fictitiously named Delaware Partnership, <br><br> Defendants. | Civil Action No.: 05-cv-538 (JEI/JS) <br><br> Hon. Joseph E. Irenas <br><br><br><br> *Document Electronically Filed* <br><br> CERTIFICATION OF MICHEL OCIACOVSKI WEISZ |

I, Michel Ociacovski Weisz, of full age, hereby certify:

I am an attorney-at-law of the State of Florida and admitted *Pro-Hac Vice* in the State of New Jersey, with the law firm of

Segredo & Weisz, attorney for Plaintiffs Viking Yacht Company and Post Marine Co., Inc. I am fully familiar with the matters set forth herein. I make this Certification in support of PLAINTIFFS' BRIEF IN OPPOSITION TO DEFENDANT COOK COMPOSITES AND POLYMERS' MOTION FOR SUMMARY JUDGMENT AND IN SUPPORT OF PLAINTIFFS' CROSS-MOTION FOR SUMMARY JUDGMENT, which is being filed contemporaneously herewith.

1. Attached hereto as Exhibit No. 1 is a true and correct copy of CCP product literature titled PB-58 ARMORFLEX HIGH GLOSS BUFFBACK® HIGH PERFORMANCE FLEXIBLE GEL COATS (953 SERIES).

2. Attached hereto as Exhibit No. 2 is a true and correct copy of CCP product literature titled PB-52 HIGH GLOSS - BUFFBACK® HIGH PERFORMANCE GEL COATS (952 SERIES).

3. Attached hereto as Exhibit No. 3 is a true and correct copy of Viking Yacht Company's Fourth Supplemental Answers to Composites One LLC's First Set of Interrogatories.

4. Attached hereto as Exhibit No. 4 is a true and correct copy of Post Marine Co., Inc.'s Fourth Supplemental Answers to First Set of Interrogatories of Composites One LLC.

5. Attached hereto as Exhibit No. 5 is a true and correct copy of excerpts and exhibits (No. 34 (Confidential)) from the October 26 and 27, 2006 deposition transcripts

of Mark Hollenbeck of CCP.

6. Attached hereto as Exhibit No. 6 is a true and correct copy of excerpts and exhibits from the March 16, 2006 deposition transcript of Anthony Joseph Poole, Sr. of Composites One, LLC (RP Associates).

7. Attached hereto as Exhibit No. 7 is a true and correct copy of excerpts from the April 12, 2006 deposition transcript of Larry Chiappa of CCP.

8. Attached hereto as Exhibit No. 8 is a true and correct copy of excerpts from the December 1, 2006 deposition transcript of Anthony James Smith of Performance Cruising, Inc.

9. Attached hereto as Exhibit No. 9 is a true and correct copy of excerpts and exhibits (No. 1 (Confidential)) from the October 31, 2006 deposition transcript of Edward Malle of Genmar Corporation.

10. Attached hereto as Exhibit No. 10 is a true and correct copy of excerpts *(pp. 58-64 (Highly Confidential),114 - 115 (Confidential), 169 (Highly Confidential))* and *exhibits(No. 6 (Confidential), 10 (Highly Confidential), 3 (Confidential) and 15 (Confidential))* from the April 4, 2006 deposition transcript of Corbett Leach of CCP.

11. Attached hereto as Exhibit No. 11 is a true and correct copy of excerpts *(pp. 35 - 50 (Confidential), 56-57 (Highly Confidential), 80(Highly Confidential), 90*

*(Highly Confidential), 100-108(Confidential))* and exhibits *(No. 2 (Highly Confidential), 16 (Highly Confidential), 24 (Confidential), 26 (Confidential))* from the March 24, 2006 deposition transcript of Scott Kaphingst of CCP.

12. Attached hereto as Exhibit No. 12 is a true and correct copy of excerpts and exhibits *(No. 23 (Highly Confidential), 25 (Highly Confidential))* from the October 10, 2006 deposition transcript of Steven L. Carreiro of Composites One, LLC.

13. Attached hereto as Exhibit No. 13 is a true and correct copy from the September 15, 2006 deposition transcript of Patrick Healey of Viking Yacht Co.

14. Attached hereto as Exhibit No. 14 is a true and correct copy of excerpts from the October 3 and October 4, 2006 deposition transcripts and exhibits of Kenneth Jensen of Post Marine Co., Inc.

15. Attached hereto as Exhibit No. 15 is a true and correct copy of excerpts *(pp. 28-29 (Confidential))* from the March 24, 2006 deposition transcript of Stacy Jackson of CCP.

16. Attached hereto as Exhibit No. 16 is a true and correct copy of excerpts and exhibits (No. 19 (Highly Confidential), 20, (Highly Confidential)) from the November 22, 2006 deposition transcript of Mary Dawdy of

CCP.

17. Attached hereto as Exhibit No. 17 is a true and correct copy of Exhibit No. 117 from the September 27 and 28, 2006 deposition transcript of William Heller of Viking Yacht Co.

18. Attached hereto as Exhibit No. 18 is a true and correct copy of excerpts from the Amended Disclosures of Defendants Composites One LLC and Cook Composites and Polymers Company Pursuant to Rule 26(a) Of the Federal Rules of Civil Procedure.

Respectfully submitted,

s/ Michel Ociacovski Weisz
Michel Ociacovski Weisz, Esquire
Attorney for Plaintiffs

Dated this 7th day of February, 2007.