UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| VIKING YACHT COMPANY, a New Jersey Corporation; and POST MARINE CO., INC., a New Jersey Corporation, | : : : : : | HONORABLE JOSEPH E. IRENAS |
| Plaintiffs, | : : | CIVIL ACTION NO. 05-538(JEI) |
| v. | : : | |
| COMPOSITES ONE LLC, a Foreign Limited Liability Company; CURRAN COMPOSITES, INC., a Missouri Corporation; C TWO LLC, a Foreign Limited Liability Company; and TOTAL COMPOSITES, INC., a Delaware Corporation joint d/b/a/ COOK COMPOSITES AND POLYMERS, a fictitiously named Delaware Partnership, | : : : : : : : : : : : : | **ORDER PARTIALLY GRANTING AND PARTIALLY DENYING DEFENDANT COOK COMPOSITES AND POLYMERS' MOTION FOR SUMMARY JUDGMENT (Docket # 71), GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME (Docket # 84), and DENYING PLAINTIFFS' CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT (Docket # 87)** |
| Defendants. | : | |

**APPEARANCES:**

BRIAN E. RUMPF, Esq.
960 Radio Road
Little Egg Harbor, NJ 08087

HENRY J. TYLER, Esq.
Society Hill Office Park
1874 Route 70 East
Suite #4
Cherry Hill, NJ 08003
    Counsel for Plaintiffs

BUCHANAN INGERSOLL PC
By: Meredith Myers Leconey, Esq.
1835 Market Street
14th Floor
Philadelphia, PA 19103

By: Paul Kevin Brobson, Esq.
213 Market Street
3rd Floor

Harrisburg, PA 17101
      Counsel for Defendants

**IRENAS**, Senior District Judge:


This matter having appeared before the Court on Defendant Cook Composites and Polymers' motion for summary judgment (Docket # 71) and Plaintiffs' cross-motion for partial summary judgment (Docket # 87), the Court having considered the submissions of the parties, and for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;


**IT IS** on this 26th day of July, 2007,

**ORDERED THAT:**

1)  Plaintiffs' motion for extension of time to file a cross-motion for partial summary judgment (Docket # 84), which was orally granted by this Court on January 5, 2007, is hereby **GRANTED.**

2)  Defendant Cook Composites and Polymers' motion for summary judgment on Counts III, IV, V, VI, and XII of the Second Amended Complaint is hereby **GRANTED.**

3)  Defendant Cook Composites and Polymers' motion for summary judgment on Count VII of the Second Amended Complaint is hereby **PARTIALLY GRANTED AND PARTIALLY DENIED,** as follows:

    a)  The motion as to Post Marine Company's claims is hereby granted.

    b)  The motion as to Viking Yacht Company's claims is hereby granted for claims occurring prior to January of 2002 and after Viking Yacht Company's last use of the 953 Series gel coat in 2004, and denied for claims

2

occurring between these two dates.

4)   Defendant Cook Composites and Polymers' motion for summary judgment on Counts IX, X, and XI of the Second Amended Complaint is hereby **DENIED.**

5)   Plaintiffs' Cross-Motion for summary judgment on Counts III, IV, V, VI, IX, X, and XII of the Second Amended Complaint is hereby **DENIED.**


s/ *Joseph E. Irenas*

JOSEPH E. IRENAS, S.U.S.D.J.