# EXHIBIT "40"

# CONDENSED TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

```
VIKING YACHT COMPANY,
a New Jersey Corporation,
and POST MARINE CO.,
INC., a New Jersey
Corporation,
        Plaintiffs,

   vs.              NO. 05-538 (JEI/JBR)

COMPOSITES ONE, L.L.C.,
a Foreign Limited
Liability Co., and
COOK COMPOSITES AND
POLYMERS, a Missouri
Corporation,
        Defendants.
```

Videotaped deposition of ANTHONY JAMES SMITH, taken at Walls Reporting, Inc., 107 Ridgely Avenue, Annapolis, Maryland, 21401, on Friday, December 1, 2006, commencing at 9:55 a.m., before James DeCrescenzo, a Registered Diplomate Reporter, Certified Shorthand Reporter (NJ), Approved Reporter of the United States District Court, and Notary Public, pursuant to notice.



**James DeCrescenzo Reporting, LLC**
INNOVATING LITIGATION
1880 JFK Blvd., 6th Floor • Philadelphia, PA 19103
www.jdreporting.com

215.564.3905 PHONE
215.751.0581 FAX

## 34

1  because where you're making, where
2  you're bolting the joint together
3  you're going to have an imperfection
4  and a relatively good chance of
5  what's called prerelease because you
6  now don't have a solid part.
7      Air can be trapped in this
8  flange and you can get prerelease.
9  And now when I talk about the gel
10 coat shrinking, it can shrink away
11 from that corner. So now you end up
12 with a lot of cosmetic work to do.
13     So I choose -- I've made
14 deliberate decisions that in order to
15 put out a product that can cross the
16 North Atlantic, go down and cross the
17 Pacific, I would rather put up with
18 cosmetic imperfections but know that
19 it was a strong product.
20   Q. How much attention does the
21 issue of gel coat cracking get in the
22 literature, boat building literature?
23 First of all, do you read boat
24 building literature and stay current

## 35

1  with boat building practices?
2    A. Yes.
3    Q. How much attention does the
4  issue of gel coat cracking get in the
5  marine industry in the literature?
6       MR. WEISZ: I object to the
7  form.
8       THE WITNESS: Probably
9  none.
10 BY MR. BIZAR:
11   Q. Why is that?
12      MR. WEISZ: I object to the
13 form.
14      THE WITNESS: Because the,
15 you don't want the public to know
16 about it. I mean it's one of our
17 biggest problems that the customer
18 thinks he's buying a Lexus. And
19 tragically he's not.
20      He's buying a product that
21 has all kinds of potential flaws
22 which the industry has not found a
23 way around yet, other than spending a
24 fortune in man-hours trying to make

## 36

1  it look pretty as it goes out the
2  door.
3       So you want your customer
4  to feel up front -- up front you want
5  the customer to feel he's buying a
6  Lexus. When he starts to complain
7  about issues you would rather he was
8  fully aware that he was going to have
9  issues.
10      So it's sort of a Catch-22.
11 On the one hand you want to tell him
12 the truth and on the other hand you
13 want him to buy the boat.
14 BY MR. BIZAR:
15   Q. You referred to a book that
16 Cook Composites puts out, an
17 informative book I think is the
18 language that you used.
19      Are issues like stresses
20 from demolding and impact and the
21 consequences of too thick gel coat
22 addressed in that publication, to
23 your knowledge, to your recollection?
24   A. I don't know about driving

## 37

1  wedges in the flange, but I do know
2  star cracking. From my memory of the
3  book there's pages with colored
4  photographs showing you're going to
5  have long stress cracks, you're going
6  to have star stress cracks, you're
7  going to have alligatoring, you're
8  going to have a series, and there are
9  photographs that show you all these
10 various imperfections and then how to
11 fix them.
12   Q. Okay. Now, you referred to
13 the fact that you at Performance
14 Cruising make boats that sail in the
15 North Atlantic and Pacific. Let me
16 ask you about that.
17      Of the thousand, almost a
18 thousand boats that you've
19 manufactured at Performance Cruising,
20 where are the customers for those
21 boats?
22   A. The vast majority of course
23 in America. We have probably 40 in
24 England. We have probably ten that

James DeCrescenzo Reporting, LLC
215 564 3905
InnovatingLitigation
1880 JFK Blvd., 6th Floor Philadelphia, PA 19103
www.JDReporting.com
FAX 215.751.0581

**38**

1  have sailed across to Hawaii. We
2  have them in New Zealand, other
3  islands in the Pacific.
4      We have them in the, we
5  have them in Chile around the Horn,
6  in the Mediterranean, in Canada.
7  Basically they're all over.
8      Q.  Are boats made by
9  Performance Cruising sold to
10 customers who use those boats in
11 northern climates or not?
12     A.  Absolutely -- well, if you
13 consider Canada northern, yes. I'm
14 not sure if I'm permitted to show you
15 this, but this is an advertisement we
16 put on the back of Sail Magazine, on
17 the back of a fairly big sail
18 magazine, and that's our full-page ad
19 on the back cover.
20     Q.  And on the upper right
21 corner there's a picture of a boat, I
22 assume it's a boat that you've built,
23 surrounded by ice?
24     A.  Yes.

**39**

1      Q.  Where is that picture
2  taken?
3      A.  That's the Patagonia
4  channel around the Horn, Chile.
5      Q.  Southern Chile?
6      A.  Uh-huh.
7          MR. BIZAR: Let's mark this
8  as Smith Exhibit 2, please, for
9  identification.
10         (Deposition Exhibit Smith-2
11 was marked for identification.)
12 BY MR. BIZAR:
13     Q.  This issue of gel coat
14 cracking that you've described, is
15 that common among all gel coats, to
16 your knowledge?
17     A.  Yes. We use three
18 different gel coats. Cook's gel coat
19 on the outside of our Gemini
20 catamaran. We use, on the trimaran,
21 photograph is also on this
22 advertisement here, we use an HK gel
23 coat on that one.
24         And we use another gel coat

**40**

1  for interior parts. At the moment I
2  can't remember the name.
3      Q.  Have you experienced
4  cracking in the manner that you've
5  described on boats manufactured with
6  all of the gel coats that you just
7  identified?
8      A.  Yes.
9      Q.  To your knowledge do other
10 marine manufacturers have gel coat
11 cracking issues with varying gel
12 coats?
13     A.  Oh, most certainly.
14     Q.  Are you familiar with a
15 particular CCP series of gel coat
16 called 953 series gel coat?
17     A.  Yes.
18     Q.  Are you familiar with a
19 particular style of that gel coat
20 called 953WA411 white?
21     A.  Yes.
22     Q.  Is that a product that PC
23 has used before?
24     A.  Yes. We were using Cook's

**41**

1  gel coat prior to them -- I'm not a
2  chemist so I'm not quite sure what
3  changes, if any, were made, but the
4  model number prior to that we were
5  using since '82 probably, '83.
6      Q.  Would that be the 952
7  series gel coat?
8      A.  Probably. Sorry, I don't
9  remember the number.
10     Q.  Okay. And at some point
11 did you change from the 952 to the
12 953 series gel coat?
13     A.  We didn't have a choice.
14 They changed it and we just took the
15 next, the next series of gel coats
16 that they produced.
17     Q.  Do you recall when it was
18 that Performance Cruising began using
19 Cook's 953 series gel coat?
20     A.  I think this was the end of
21 the '90s. I recall a discussion
22 about color, because there appeared
23 to be a little bit more red.
24         I also, on the gel coat

### Page 54

1  lawsuit
2  Q  Cook is not causing the
3  lawsuit
4  A  Sorry.  Viking and Post
5  Q  Let me just go back and ask
6  the question I put to you.  Have you
7  been informed that Post Marine is
8  claiming that the gel coat is
9  defective and that the gel coat is
10 causing catastrophic cracking?
11 A  I have been informed of
12 that, yes.
13 Q  Okay  What has Performance
14 Cruising's experience been with the
15 gel coat that came from lot number
16 921999100938 as applied to the boats
17 it manufactured?
18 A  Prior to coming to this
19 deposition I tried to line up the
20 products that I had built with these
21 batch numbers
22     I built Gemini's number
23 671, that would have gone out of the
24 door in January of 2000, up to 778

### Page 55

1  that would have gone out of the door
2  in sometime May of 2002.
3      Those boats, boat number --
4  I hope I'm not jumping too far ahead.
5  Q  You're jumping a little bit
6  far ahead.
7  A  Okay  Sure.
8  Q  My question -- because the
9  way it has to work is I have to ask
10 you a question, you have to respond
11 to my question.
12 A  Sure
13 Q  My question is this  Has
14 Performance Cruising experienced
15 catastrophic, severe and unparalleled
16 cracking or not on the boats
17 manufactured with the same lot as was
18 used on the Post Marine boat hulls
19 50-060 and 50-067?
20 A  No.
21 Q  Let's look at the next
22 exhibit, and we'll mark this as
23 Exhibit B
24     (Deposition Exhibit Smith-B

### Page 56

1  was marked for identification )
2  BY MR. BIZAR:
3  Q  I'll describe B for the
4  record  It's a multipage document
5  that is titled Invoice number 664613,
6  671971, 677868, three pages.
7      Have I described Exhibit B
8  accurately Mr. Smith?
9  A  Yes.
10 Q  And what is the product
11 that's being sold pursuant to this
12 invoice?
13 A  Cook's gel coat 953WA411
14 Sport
15 Q  And what is the lot number
16 associated with the gel coat that's
17 being sold pursuant to this invoice?
18 A  922000021022.
19 Q  I referred to this invoice,
20 but in fact how many invoices are
21 there?
22 A  Three.
23 Q  And is the gel coat and the
24 product the same on each of them?

### Page 57

1  A  Yes
2  Q  What are the ship dates on
3  these invoices?  What's the range of
4  ship dates?
5  A  03/28/00, 04/11/00,
6  04/25/00.
7  Q  And if you would look back
8  to Smith Exhibit 3, which is the
9  interrogatory answers, that chart
10 that we were looking at before, and
11 if you would look down to hull number
12 50-072  Tell me when you're there.
13 A  Yep.
14 Q  And look two columns to the
15 right
16 A  Yep
17 Q  Do you see a batch number
18 that is the same as the batch number
19 that, or the lot number that appears
20 on the three invoices that make up
21 Smith Exhibit B?
22 A  Yes, I do
23 Q  And what has Performance
24 Cruising's experience been with

**58**

1  regard to catastrophic gel coat
2  cracking with the gel coat applied to
3  the boats, with the boats on which
4  the gel coat in Exhibit B was
5  applied?
6      Has there been catastrophic
7  cracking or not?
8    A. No, none
9    Q. No?
10   A. No.
11   Q. Let's go to the next
12 exhibit. We'll mark this as Smith
13 Exhibit C.
14     (Deposition Exhibit Smith-C
15 was marked for identification.)
16 BY MR. BIZAR:
17   Q. Exhibit C, Mr. Smith, is a
18 one-page document that's titled
19 Invoice number 728029. Did I
20 describe Exhibit C accurately?
21   A. Yes.
22   Q. Do you recognize it?
23   A. Yes.
24   Q. What is it?

**59**

1    A. Another invoice for gel
2  coat.
3    Q. Is that true, that you
4  recognized Exhibit B as well?
5    A. Yes.
6    Q. The one we were just
7  looking at. Okay. And what was
8  Exhibit B, just so the record is
9  clear?
10   A. An invoice again for gel
11 coat
12   Q. And the product that is
13 described in Exhibit C, turning your
14 attention back to Exhibit C, can you
15 tell the jurors what the product is?
16   A. Again it's gel coat
17 953WA411 Sport.
18   Q. And the lot number that
19 appears on invoice number 728029,
20 Exhibit C, below the description of
21 the gel coat, what lot number is
22 that?
23   A. 922000051169
24   Q. And if you would look at

**60**

1  the interrogatory answers, the chart
2  that's provided, at hull number
3  42-326, do you see that same lot
4  number in the column batch number?
5    A. Yes
6    Q. And what if any experience
7  has Performance Cruising had with
8  catastrophic, severe or unparalleled
9  gel coat cracking on boats made with
10 the gel coat described in the invoice
11 that is Exhibit C?
12   A. None.
13   Q. Let's go to the next one.
14 We'll mark the next document as Smith
15 Exhibit D
16     (Deposition Exhibit Smith-D
17 was marked for identification.)
18 BY MR. BIZAR:
19   Q. Smith Exhibit D is a
20 one-page document that has invoice
21 number 774461 at the top. Have I
22 accurately described Exhibit D?
23   A. Yes
24   Q. Do you recognize it?

**61**

1    A. Yes, another invoice for
2  gel coat
3    Q. And the gel coat type?
4    A. 953WA411 Sport
5    Q. And the lot number that
6  appears in the column product
7  description, what is that?
8    A. 922000070154.
9    Q. Now again, if you would
10 just direct your attention to the
11 interrogatory answers to the chart,
12 if you look at hulls 42-328 and
13 50-076. Let me know when you're
14 there
15   A. Yes, I'm there.
16   Q. Do you see the same type of
17 gel coat in the gel coat number?
18   A. Yes
19   Q. And do you see the same
20 batch number in the batch number
21 column as appears in your lot number?
22   A. Yes
23   Q. And what has Performance
24 Cruising's experience been with

**62**

1  catastrophic or severe cracking, if
2  any, on boats made with the gel coat
3  that came from lot number
4  922000070154 as reflected on Exhibit
5  D?
6    A.  None.
7       MR. BIZAR: We'll mark this
8  next document as Exhibit E
9       (Deposition Exhibit Smith-E
10  was marked for identification.)
11  BY MR. BIZAR:
12    Q.  Exhibit E is a three-page
13  document that has invoice number
14  791874, 801167 and 805300 at the top
15  of each page.
16       Have I accurately described
17  Exhibit E?
18    A.  Yes.
19    Q.  And do you recognize this
20  collection of invoices?
21    A.  Yes, invoices for gel coat.
22    Q.  And the invoices are to
23  your company?
24    A.  Yes

**63**

1    Q.  And what gel coat type is
2  being sold here?
3    A.  Again 953WA411 Sport.
4    Q.  And the lot number that
5  appears, can you read that?
6    A.  922000080745.
7    Q.  And if you would look in
8  the interrogatory answers at the
9  chart that Post Marine has provided,
10  the hull number is 50-079. And
11  apparently there were two batches
12  apparently that may have been used on
13  that boat.
14       If you look at the top-most
15  batch -- first of all, I'm sorry, let
16  me go back. For hull number 50-079
17  what type of gel coat did Post Marine
18  use?
19    A.  The same, 953WA411
20    Q.  And the batch number, is
21  the batch number that was used by
22  Post Marine the same as the lot
23  number that was used by Performance
24  Cruising?

**64**

1    A.  Yes.
2    Q.  What was Performance
3  Cruising's experience, if any, with
4  catastrophic or unparalleled, severe,
5  extraordinary gel coat cracking on
6  boats manufactured with the gel coat
7  that came from the lot referenced on
8  Exhibit E?
9    A.  None
10    Q.  Let's go to the next
11  exhibit
12       (Deposition Exhibit Smith-F
13  was marked for identification.)
14  BY MR. BIZAR:
15    Q.  The next exhibit we've had
16  the court reporter mark as Exhibit F,
17  Smith Exhibit F, it's a three-page
18  document that has invoice number
19  812761, 820956, and 825264 at the
20  top
21       Have I accurately described
22  Exhibit F?
23    A.  Yes
24    Q.  Do you recognize this

**65**

1  collection of invoices?
2    A.  Yes.
3    Q.  Can you tell me what they
4  are?
5    A.  An invoice for gel coat and
6  some other stuff. Yes, for gel coat
7    Q.  And it's invoiced to whose
8  company?
9    A.  To Performance Cruising
10    Q.  And the product, the gel
11  coat product that's at issue?
12    A.  Yes
13    Q.  What is the product?
14    A.  953WA411 Sport.
15    Q.  And what is the lot number
16  that appears on these invoices?
17    A.  922000100329.
18    Q.  And if you would look at
19  the interrogatory answers, at the
20  chart on the last page of Post's
21  interrogatory answers, hulls number
22  50-080 and 47-011, tell me when
23  you're there.
24    A.  Yes



James DeCrescenzo Reporting, LLC
215 564.3905    InnovatingLitigation    FAX 215.751 0581
1880 JFK Blvd, 6th Floor, Philadelphia, PA 19103
www.JDReporting.com

### 66

1  Q. Do you see the same gel
2  coat product 953WA411?
3  A. Yes.
4  Q. What is the batch number?
5  A. It's the same 922000100329.
6  Q. What experience, if any,
7  has Performance Cruising had with
8  severe, catastrophic, total gel coat
9  failure and cracking on boats made
10 with the gel coat that came from lot
11 number 922000100329, the gel coat
12 reflected on the invoices that make
13 up Exhibit F?
14 A. None.
15    MR. BIZAR: Mark this as
16 Smith Exhibit G.
17    (Deposition Exhibit Smith-G
18 was marked for identification.)
19 BY MR. BIZAR:
20 Q. Exhibit G is a one-page
21 document that has invoice number
22 837813 at the top. Have I described
23 Exhibit G correctly?
24 A. Yes.

### 67

1  Q. Can you tell me what it is?
2  A. It's another invoice to
3  Performance Cruising for gel coat.
4  Q. And the gel coat product on
5  the invoice?
6  A. 953WA411 Sport.
7  Q. And the lot number?
8  A. 922000110994.
9  Q. And if you would look on
10 the interrogatory answers, right
11 beneath the hull we were just
12 talking, 47-011, do you see a
13 reference to the batch number that's
14 the same as the batch number that
15 appears on Exhibit G?
16 A. Yes.
17 Q. And what, if any,
18 experience has Performance Cruising
19 had with catastrophic, total or
20 severe gel coat cracking on boats
21 made with gel coat coming from the
22 lot number identified on Exhibit G?
23 A. None.
24    (Deposition Exhibit Smith-H

### 68

1  was marked for identification.)
2  BY MR. BIZAR:
3  Q. Exhibit H is a two-page
4  document that has invoice numbers
5  876297 and 881098 at the top. Have I
6  accurately described Exhibit H?
7  A. Yes.
8  Q. Do you recognize it?
9  A. An invoice to Performance
10 Cruising for gel coat.
11 Q. And the gel coat product?
12 A. 953WA411 Sport.
13 Q. And the lot number?
14 A. 922001020286.
15 Q. And again on the
16 interrogatory answers, if you would
17 look at hull number 50-082, do you
18 see the same gel coat product and the
19 same batch number as the gel coat
20 product and lot number that appeared
21 on Exhibit H?
22 A. Yes.
23 Q. And what experience, if
24 any, has Performance Cruising had

### 69

1  with catastrophic, severe, total gel
2  coat cracking on boats made with
3  953WA411 from the lot number that
4  appears on Exhibit H?
5  A. None.
6  Q. I have just a few more to
7  go, maybe five or so, then we'll be
8  done with this tour of your invoices.
9     This is Exhibit I.
10    (Deposition Exhibit Smith-I
11 was marked for identification.)
12 BY MR. BIZAR:
13 Q. Exhibit I is a multipage
14 document that has invoice numbers at
15 the top 899257, 2107102, 2116188,
16 2124049, 2132893, 2137384, and
17 2145928.
18    Have I accurately described
19 Exhibit I?
20 A. Yes.
21 Q. Can you tell us what
22 Exhibit I reflects or what it is?
23 A. Again it's invoices to
24 Performance Cruising for gel coat

**Page 70**

1  Q. And the gel coat product is
2  the same product?
3  A. It's the same, yes
4  Q. And that product is
5  953WA411?
6  A. Yes
7  Q. And the lot number that
8  appears on these invoices for that
9  product, can you just read that into
10 the record?
11 A. 922001030724
12 Q. If you look at the
13 interrogatory answers for hull 56-003
14 do you see the same gel coat product,
15 953WA411, and the same batch number
16 as appears on your product
17 description and lot number in Exhibit
18 I?
19 A. Yes
20 Q. And what experience, if
21 any, has Performance Cruising had
22 with catastrophic gel coat cracking
23 on boats made with gel coat, 953
24 series gel coat from this lot?

**Page 71**

1  A. None
2     MR. BIZAR: And let's mark
3  Exhibit J.
4     (Deposition Exhibit Smith-J
5  was marked for identification.)
6  BY MR. BIZAR:
7  Q. Exhibit J is a multipage
8  document, two-page document that has
9  invoice numbers 2175023 and 2191840.
10 Did I accurately describe Exhibit J?
11 A. Yes.
12 Q. What is it?
13 A. Invoices to Performance
14 Cruising
15 Q. For?
16 A. For gel coat
17 Q. And the lot number that
18 appears on Exhibit J, can you read
19 that?
20 A. 922001061021
21 Q. And if you look at the
22 interrogatory answers under hull
23 number 50-084
24 A. It's the same.

**Page 72**

1  Q. Same gel coat and same
2  batch number as your lot number?
3  A. Exactly, yes
4  Q. And what experience, if
5  any, has Performance Cruising had
6  with catastrophic or total gel coat
7  failure manifesting itself in the
8  form of cracking on boats made with
9  the gel coat reflected on Exhibit J?
10 A. None
11    MR. BIZAR: Exhibit K,
12 please
13    (Deposition Exhibit Smith-K
14 was marked for identification.)
15 BY MR. BIZAR:
16 Q. Mr Smith, Exhibit K is a
17 two-page document with invoice
18 numbers 2225307 and 2237335  Have I
19 accurately described it?
20 A. Yes.
21 Q. Tell us what Exhibit K is.
22 A. These are invoices to
23 Performance Cruising for gel coat
24 Q. And the product, the gel

**Page 73**

1  coat product?
2  A. 953WA411 Sport
3  Q. What is the lot number?
4  A. 922001090193.
5  Q. And if you would look at
6  the interrogatory answers, hull
7  number 50-086, what do you see in
8  terms of the gel coat number, gel
9  coat product and the batch number?
10 A. It's the same gel coat and
11 the same batch number
12 Q. And what has your
13 experience been with catastrophic gel
14 coat cracking with this gel coat
15 that's reflected on Exhibit K?
16 A. None
17    (Deposition Exhibit Smith-L
18 was marked for identification.)
19 BY MR. BIZAR:
20 Q. Three more to go. Exhibit
21 L is a one-page document that has
22 invoice number 2255416 at the top.
23 Have I accurately described it?
24 A. Yes.

**74**

1  Q. What is Exhibit L?
2  A. An invoice to Performance
3  Cruising for gel coat.
4  Q. And the gel coat product in
5  question?
6  A. 953WA411 Sport.
7  Q. And the lot number, what is
8  the lot number?
9  A. 922001100878.
10 Q. And if you look at the Post
11 Marine interrogatory answers at hull
12 number 50-087, what do you see in
13 terms of the gel coat number and the
14 batch number?
15 A. It's the same gel coat and
16 the same batch number.
17 Q. And what experience, if
18 any, have you had at Performance
19 Cruising with catastrophic gel coat
20 cracking on boats made with the gel
21 coat reflected on Exhibit L?
22 A. None.
23 Q. Second to last. We'll mark
24 this as Exhibit M.

**75**

1       (Deposition Exhibit Smith-M
2  was marked for identification.)
3  BY MR. BIZAR:
4  Q. Exhibit M is two pages and
5  the invoice numbers that appear on it
6  are invoice numbers 2284232, 2309302.
7  Have I accurately described Exhibit
8  M?
9  A. Yes.
10 Q. And what is Exhibit M?
11 A. Again it's an invoice to
12 Performance Cruising for gel coat.
13 Q. And what is the gel coat
14 product that's being sold?
15 A. 953WA411 Sport.
16 Q. And what lot numbers appear
17 on the invoices?
18 A. 922002010282.
19 Q. Do you see that on both
20 pages? There are two pages. Do you
21 see that number on the second page as
22 well?
23 A. Yes.
24 Q. If you would look at the

**76**

1  interrogatory answers next to hulls
2  50-088 and Post hull 50-089, what do
3  you see in terms of the gel coat
4  number, the gel coat product, and the
5  batch number?
6  A. Same gel coat, same batch
7  number.
8  Q. And what has your
9  experience at Performance Cruising
10 been with cracking, catastrophic
11 cracking coming from boats made with
12 this gel coat from this lot?
13 A. None.
14 Q. And we're at our last
15 invoice or series of invoices. And
16 we'll wrap this up and change tapes.
17 We'll mark this as Exhibit N.
18      (Deposition Exhibit Smith-N
19 was marked for identification.)
20 BY MR. BIZAR:
21 Q. Exhibit N consists of three
22 pages, invoice numbers 2333412,
23 2338989, 2363521. Have I accurately
24 described Exhibit N?

**77**

1  A. Yes.
2  Q. Can you tell me what
3  Exhibit N consists of?
4  A. Again it's invoices to
5  Performance Cruising for gel coat.
6  Q. And the gel coat, what is
7  the gel coat that's being sold on
8  these invoices?
9  A. 953WA411 Sport.
10 Q. And the lot number that is
11 common to all pages of the invoice,
12 can you make it out?
13 A. 922002040234.
14 Q. And if you would look at
15 the last line of the chart that was
16 attached to the interrogatory
17 answers.
18 A. Yes.
19 Q. Under hull 50-090 or next
20 to Post Marine hull 50-090, what do
21 you see in terms of the gel coat
22 product number and the batch number?
23 A. It's the same.
24 Q. And what has your

# EXHIBIT "41"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VIKING YACHT COMPANY, a New Jersey Corporation and POST MARINE CO., INC., a New Jersey Corporation,<br><br>                   Plaintiffs,<br>v.<br><br>COMPOSITES ONE LLC, a Foreign Limited Liability Co., and COOK COMPOSITES AND POLYMERS, a Missouri Corporation,<br><br>                   Defendants. | :<br>:<br>:<br>:<br>: CIVIL ACTION NO. 05-538<br>: (JEI/JBR)<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## DECLARATION OF TONY SMITH
## ON BEHALF OF NON-PARTY PERFORMANCE CRUISING, INC.

I, Tony Smith, declare as follows:

1. I am the owner and President of Performance Cruising, Inc. ("PC"). I have the authority to make this affidavit on behalf of PC.

2. PC is located in Annapolis, Maryland and manufactures catamarans and trimarans for sale in the marine industry.

3. PC has been manufacturing catamarans in the United States of America since 1980. To date, PC has manufactured more than 900 catamarans. These catamarans have been sold to customers all over the world and are used and stored in various climates, including extreme cold weather climates.

4. PC began purchasing gel coat manufactured by Cook Composites and Polymers

Co. ("CCP") and distributed by Composites One LLC ("C-1") in or around 1999.

5. Specifically, PC purchased CCP's 953 Series gel coat for use in manufacturing its catamarans and trimarans.

6. From approximately 1999 to the present, PC has used CCP 953WA411 gel coat in the manufacture of its catamarans and trimarans.

7. It is my understanding that both Post and Viking Yacht Co. ("Viking") have alleged that CCP's 953 Series gel coat is defective. In addition, it also my understanding that both Viking and Post claim that the defects in the gel coat manifest themselves in the form of cracking of the gel coat finish.

8. Cracking of a boat's gel coat finish is a major issue in the marine industry. In the 40 years that I have been building boats, it has been my experience that given the numerous variables that can affect a gel coat's finish (*e.g.*, boat manufacturing issues, abuse in field, etc.), it is often impossible to determine why gel coat cracks.

9. To date, however, PC has not experienced any unconventional or extreme cracking issues in any of the boats that it has manufactured using CCP's 953WA411 gel coat.

10. It is my understanding, based on a review of invoices to PC and interrogatories responses provided by Kenneth Jensen, President of Post Marine Co., Inc. ("Post") in connection with the above-captioned litigation, that 953WA411 gel coat is the same formula and color that was used by Post from 1998 until approximately 2004.

11. In addition, upon information and belief based on my review of invoices to PC and interrogatory responses provided by Mr. Jensen in connection with the above-captioned litigation, both PC and Post shared the exact same batches of gel coat on at least 14 different occasions, including, but not limited to, the following batch numbers:

2

- 921999100938;
- 922000021022;
- 922000051169;
- 922000070154;
- 922000080745;
- 922000100329;
- 922000110994;
- 922001020286;
- 922001030724;
- 922001061021;
- 922001090193;
- 922001100878;
- 922002010282; and
- 922002040234.

12. It is further my understanding that these 14 batches of gel coat were used by Post to make some of the boats that Post has identified as suffering from catastrophic gel coat cracking and for which they claim damages in the above-captioned litigation.

13. Again, PC has not experienced any cracking complaints on boats made with gel coats used in common with Post that would suggest to me that the 953 Series gel coat itself is defective in any way.

**[SIGNATURE ON NEXT PAGE]**

3

THIS DECLARATION IS GIVEN VOLUNTARILY AND WITHOUT AN OFFER OR PROMISE OF REWARD OR THREAT OF RETRIBUTION.

I HAVE READ THE FOREGOING DECLARATION CONSISTING OF 3 PAGES, EXCLUDING THIS PAGE. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF AT THE PRESENT TIME.

EXECUTED ON: MAY - 19 - , 2006

_____
TONY SMITH

4