# EXHIBIT "42"

# Performance Cruising Sailors Don't Just Dream, They Go.

## Gemini 105Mc Cruising Catamaran

The perfect family cruiser with stability, speed, and style

18" draft for trouble-free sailing in shoal waters and safe anchoring

6' headroom throughout

Full-service galley, large head, enclosable cockpit, and comfortable sleeping for up to eight


Smith
EXHIBIT NO. 2
JP 12/1/06



## Telstar 28 Trimaran

The perfect trailerable adventure boat with thrilling performance and best-in-class accommodations

Patented folding system transforms the 18' beam to 8' 6" in seconds

Standing headroom with room to sleep four, full galley, and separate head

Single-person operation to raise and/or lower the mast in minutes





2006 SAILBOAT BUYERS GUIDE

www.PerformanceCruising.com
410.626.2720   info@performancecruising.com



Performance Cruising
1980 - 2005



# Learn to Sail with CONFIDENCE!

*Check the chartering and education section inside this buyers guide to contact any of the featured ASA schools....*

**ALASKA**
- Sailing, Inc.

**ARKANSAS**
- Jolly Roger's Marina

**CALIFORNIA**
- Afterguard Sailing Associates
- Live and Learn Sailing
- Santa Barbara Sailing Center
- SeaMist Skippers of M.D.R

**FLORIDA**
- Adventures in Sailing
- Blue Water Sailing School
- Emerald Coast Yachts
- Florida Yacht Charters
- Fun Maritime Academy
- International Sailing
- Keys Cruisers
- Sailboats Unlimited
- SailTime Tampa Bay
- Sara Bay Sailing School
- Windward Sailing School
- Yachting Vacations

**GEORGIA**
- Kingdom Yachts Sailing Club
- Windsong Sailing Academy

**ILLINOIS**
- Fairwind Sail Charters

**MAINE**
- Bay Island Yacht

**MARYLAND**
- BaySail School & Yacht Charters
- Chesapeake Sailing School
- SailTime Annapolis
- Upper Bay Sailing School

**MINNESOTA**
- Northern Breezes Sailing

**MISSOURI**
- Grand Mariner Yacht Services
- Odyssey Sailing School
- St. Louis Sailing Center

**NEW JERSEY**
- Nelson Sailing Center
- Tracey School

**NEW YORK**
- Great Hudson Sailing Center
- Port Sailing School
- Yachting Operations Services

**NORTH CAROLINA**
- Lake Norman Sailing Academy

**OKLAHOMA**
- Redbud Sailing School

**OREGON**
- Island Sailing Club

**PENNSYLVANIA**
- Liberty Sailing School

**SOUTH CAROLINA**
- Lowcountry Sailing

**TEXAS**
- Island Bound Sailing Academy
- Lakeside Sailing School
- Let's Go Sailing
- South Coast Sailing Adventures

**VERMONT**
- International Sailing School

**VIRGINIA**
- Norton's Yacht Sales
- The Virginia School of Sailing

**WASHINGTON**
- ABC Yacht Charters
- San Juan Sailing
- Seattle Sailing Club

**CARIBBEAN**
- Sistership Sailing School

**THAILAND**
- Yachtpro

*For a complete listing of ASA's 300+ affiliated schools*
**www.american-sailing.com • 800/470-SAIL**